# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Harvey Lee Walton and  
Jeannie M. Walton

Debtor(s)

Case No.:15−50412−thf

Chapter: 13  
Judge: Thomas H. Fulton

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion by Chapter 13 Trustee to Set Status Hearing Regarding attorney needs to properly address secured claim 522. Status hearing to be held on 2/24/2016 at 10:45 AM (Central Time) at Paducah Courthouse, Federal Building, 5th & Broadway, Paducah, KY 42001. cc: sl and dbs (Gudgel, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 1/7/16

By: ame  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court